[No. 8516–0–II. Division Three. June 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
HARRY DAVID MESSINGER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–1–00108–1, John W. Schumacher,

J., entered February 19, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.